UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 3/16/09

-----------------------------------------------------------------X

GOOD CHALLENGER NAVEGANTE S.A.,

                                    Petitioner,    :    06 Civ. 1847 (RJS)

                   – against –    :    **ORDER**

METALEXPORTIMPORT S.A. a/k/a S.C.
METALEXPORTIMPORT S.A.,
S.C. METALEXPORTIMPORT S.A. a/k/a
S.C. METALEXPORTIMPORT,
S.C. FORTUS S.A. IASI a/k/a FORTUS S.A.
or S.C. FORTUS and ROSATOMSTROI,

                                  Respondents.

-----------------------------------------------------------------X

        Upon Plaintiff's application for an Order directing the garnishee banks to turn over the funds of Defendant METALEXPORTIMPORT S.A. and/or S.C. METALEXPORTIMPORT S.A., currently restrained in New York in the amount of **$243,822.21** pursuant to Ex-Parte Orders of Maritime Attachment and Garnishment issued herein, it is hereby ordered as follows:

        All garnishee banks, including, but not limited to, Citibank and American Express Bank, shall turn over the funds of Defendant METALEXPORTIMPORT S.A. and/or S.C. METALEXPORTIMPORT S.A., in the amount of **$243,822.21** which they are holding pursuant to the Ex-Parte Orders of Maritime Attachment and Garnishment issued herein to Plaintiff's counsel, or at Plaintiff's counsel's direction, forthwith.

SO ORDERED.

Dated: New York, New York
         March 13, 2009

                                              Richard J. Sullivan, U.S.D.J